# JEWELRY INVENTORY

## DEBTOR: Ruddy Hernandez

| Quantity | Style of Jewelry | Description of Item | Estimated Value |
|---|---|---|---|
| | **Earrings** | | |
| | Platinum | | |
| | Gold | 10K 14K 18K 24K | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| | Pearl | | |
| | Precious Stones | (Specify Carat) | |
| 10 | Fantasy/Costume | | $60.00 |
| | Other | | |
| | **Chains(s)** | | |
| | Platinum | | |
| | Gold | 10K 14K 18K 24K | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| 4 | Fantasy/Costume | | $30.00 |
| | Other | | |
| | **Bracelet(s)** | | |
| | Platinum | | |
| | Gold | 10K 14K 18K 24K | |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| 1 | Fantasy/Costume | | $15.00 |
| | Other | | |
| | **Ring(s)** | | |
| | Platinum | | |
| | Gold | 10K (14K) 18K 24K | $200.00 |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| | Wedding Band | | |
| | Fantasy/Costume | | |
| | Other | | |
| | **Watch(es)** | Model: | |
| | | Model: | |
| | | Model: | |

☒ Debtor's Total Value of Jewelry       $ 305.00
☐ Goods Secured by Liens with Creditor(s) _____  $
☐ Debtor owns no Jewelry                  $

Debtor/Spouse Initials: _RH._

S:\Forms\Bankruptcy\Chapter 7\Office Forms\Jewelry inventory.doc

# ELECTRONICS INVENTORY

**Debtor(s) name(s):** <u>Ruddy Hernandez</u>

| Living Room | | |
|---|---|---|
| Item | Quantity | $ |
| TV | 1 | 150 |
| DVD/Blue ray | | |
| Stereo | | |
| Surround Sound | | |

| Computer Room | | |
|---|---|---|
| Item | Quantity | $ |
| Laptop | | |
| Ipad | | |
| Computer | 1 | 100 |
| Monitor | | |
| Printer/fax | | |
| TV | | |
| scanner | | |
| Surround Sound | | |

| Miscellaneous items | | |
|---|---|---|
| Item | Quantity | $ |
| Musical instruments | | |
| Cell phones | 2 | 30 ea |
| Karoake Machine | 1 | 20 |
| Gaming Systems | | |
| Games | | |
| Gaming System Accessories | | |
| Cameras | | |

| Master Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| TV | 1 | 50 |
| DVD/Blue ray | 1 | 20 |
| Surround Sound | | |

| 2nd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| TV | 1 | 50 |
| DVD/Blue ray | 1 | 20 |
| Surround Sound | | |

| 3rd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| TV | 1 | 50 |
| DVD/Blue ray | | |
| Surround Sound | | |

| 4th Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| TV | | |
| VCR/DVD | | |
| Surround Sound | | |

☒ Total Value of Electronics: $ 520.00

☐ Goods secured by liens with creditors: _____ $ _____
$ _____
$ _____
$ _____
$ _____

☐ Total Value of Unsecured Electronics: $ _____

☒ Joint with [x] non-filing spouse; or [ ] co-tenant. Debtor claims ½ interest $ $260.00

☐ Debtor owns no electronics _____

Debtor'(s) initials: <u>R.H.</u>

S:\staff\MAR\CH 7\SIGNING PACKET\10-Electronics Inventory.doc

# FURNITURE INVENTORY

**Debtor(s) name(s):** <u>Ruddy Hernandez</u>

| Living Room | | |
|---|---|---|
| Item | Quantity | $ |
| Sofa/Loveseat | 2 | 100.00 set |
| Chairs | | |
| Recliners | | |
| Tables | 2 | 50.00 |
| Wall Unit | | |

| Dining Room | | |
|---|---|---|
| Item | Quantity | $ |
| Tables | 1 | 50 |
| Chairs | 4 | 20 ea |
| China Cabinets | — | |
| China (sets) | — | |

| Family Room | | |
|---|---|---|
| Item | Quantity | $ |
| Sofa | | |
| Chairs | | |
| Tables | | |
| Desk | | |
| Bookshelves/Wall units | | |

| Kitchen | | |
|---|---|---|
| Item | Quantity | $ |
| Refrigerator | 1 | 300 |
| Stove | 1 | 100 |
| Microwave | 1 | 30 |
| Dishwasher | — | |
| Toaster Oven | — | |
| Toaster | 1 | 10 |
| Kitchenware | Misc. | 15 |

| Miscellaneous items | | |
|---|---|---|
| Item | Quantity | $ |
| Washer | — | |
| Dryer | — | |
| Patio set | — | |
| BBQ | — | |
| Lawnmower | — | |
| Decorative Items | Misc. | 150 |

| Master Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | 1 | 100 |
| Dresser/drawers | 1 | 50 |
| Mirror | 1 | 30 |
| Nightstands | 2 | 20 |
| Armoire/wall unit | 1 | 0 |

| 2nd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | 1 | 40 |
| Dresser/drawer chest | 1 | 30 |
| Mirror | 2 | 0 |
| Nightstands | 2 | 20 ea |
| Armoire/wall unit | — | — |

| 3rd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | 1 | 50 |
| Dresser/drawer chest | 1 | 50 |
| Mirror | | |
| Nightstands | 1 | 20 |
| Armoire/wall unit | | |

| 4th Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | | |
| Dresser/drawer chest | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |

☒ Total Value of Household Goods: $ 1,485

☐ Goods secured by liens with creditors: _____ $ _____
$ _____
$ _____
$ _____

☐ Total Value of Unsecured Household Goods: $ _____

☒ Joint with [ ] non-filing spouse; or [ ] co-tenant. Debtor claims ½ interest $ 742.50

☐ Debtor owns no furniture _____

Debtor's(s) initials: R.H.

S:\Forms\Bankruptcy\Chapter 7\Office Forms\Furniture Inventory-NEW.doc