```
                            United States Bankruptcy Court
                             Southern District of Florida
In re:                                                              Case No. 17-16628-AJC
Ruddy Hernandez                                                     Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 113C-1           User: catalan                 Page 1 of 3                   Date Rcvd: May 31, 2017
                               Form ID: 309A                 Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2017.
db             Ruddy Hernandez,    421 NW 34 Avenue,    Miami, FL 33125-4032
94057875      +Child Support Enforcemment,    PO Box 8030,   Tallahassee, FL 32314-8030
94057877      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                S Louis, MO 63179-0040
94057881      +Comprehensive Patholohy Assoc,    Po Box 198227,   Atlanta, GA 30384-8227
94057887      +Equifax,   Po Box 740241,    Atlanta, GA 30374-0241
94057888      +Experian,   Po Box 2002,    Allen, TX 75013-2002
94057892      +Firstbank Florida,    9795 S Dixie Hwy,    Miami, FL 33156-2806
94057895      +Fortiva/Atlanticus,    Po Box 10555,    Atlanta, GA 30310-0555
94057894      +Fortiva/Atlanticus,    Pob 105555,    Atlanta, GA 30348-5555
94057901      +Kendall Credit,    And Business Service, Inc.,    PO Box 404665,    Atlanta, GA 30384-4665
94057902      +Monterey Financial Svc,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
94057903       Nelnet - US Dept. of Education,    POB 740283,    Atlanta, GA 30374-0283
94057908      +Saxon Mortgage Service,    Po Box 161489,    Fort Worth, TX 76161-1489
94057910      +Southern Adjustment Services, Inc.,     POB 848923,    Hollywood, FL 33084-0923
94057921      +Td Rcs/group Usa Inc,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
94057922      +Transunion,   Po Box 1000,    Chester, PA 19022-1023
94057925      +Women's Personal Physicians, LLC,     8950 N Kendall Dr #302,   Miami, FL 33176-2131
94057926      +Zakheim & Associates, PA,    1045 S University Dr Ste 202,    Fort Lauderdale, FL 33324-3333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: scanner@miamibankruptcy.com Jun 01 2017 00:06:26      Timothy S Kingcade, Esq,
                1370 Coral Way,    Miami, FL 33145
tr            +EDI: QMTDUNN.COM May 31 2017 23:58:00      Marcia T Dunn,    555 NE 15 St, Ste 934-A,
                Miami, FL 33132-1465
smg            EDI: FLDEPREV.COM May 31 2017 23:58:00      Florida Department of Revenue,    POB 6668,
                Tallahassee, FL 32314-6668
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Jun 01 2017 00:06:56      Office of the US Trustee,
                51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
cr            +EDI: RMSC.COM May 31 2017 23:58:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
94057862      +EDI: GMACFS.COM May 31 2017 23:58:00      Ally Financial,    Po Box 380901,
                Bloomington, MN 55438-0901
94057860      +EDI: GMACFS.COM May 31 2017 23:58:00      Ally Financial,    200 Renaissance Ctr,
                Detroit, MI 48243-1300
94057865      +EDI: TSYS2.COM May 31 2017 23:58:00      Barclays Bank Delaware,    100 S West St,
                Wilmington, DE 19801-5015
94057864      +EDI: TSYS2.COM May 31 2017 23:58:00      Barclays Bank Delaware,    Po Box 8803,
                Wilmington, DE 19899-8803
94057866      +E-mail/Text: bankruptcy@cavps.com Jun 01 2017 00:07:28      Cavalry,    PO Box 520,
                Valhalla, NY 10595-0520
94057871      +EDI: CHASE.COM May 31 2017 23:58:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                Wilmington, DE 19850-5298
94057867      +EDI: CHASE.COM May 31 2017 23:58:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
94057874      +Fax: 602-659-2196 Jun 01 2017 00:40:23      Checksystems,    7805 Hudson Rd,
                Saint Paul, MN 55125-1703
94057876      +EDI: CITICORP.COM May 31 2017 23:58:00      Citibank/The Home Depot,    Po Box 6497,
                Sioux Falls, SD 57117-6497
94057878       EDI: WFNNB.COM May 31 2017 23:58:00      Comenity - Victoria's Secret,    PO Box 659728,
                San Antonio, TX 78265-9728
94057880      +EDI: WFNNB.COM May 31 2017 23:58:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
94057879      +EDI: WFNNB.COM May 31 2017 23:58:00      Comenity Bank/Victoria Secret,    Po Box 182789,
                Columbus, OH 43218-2789
94057882       EDI: RCSDELL.COM May 31 2017 23:58:00      Dell Financial Services,    1 Dell Way,
                Round Rock, TX 78682
94057883       EDI: RCSDELL.COM May 31 2017 23:58:00      Dell Financial Services,    Attn: Bankruptcy,
                Po Box 81577,    Austin, TX 78708
94057886      +E-mail/Text: electronicbkydocs@nelnet.net Jun 01 2017 00:07:14      Dept Of Ed/582/nelnet,
                Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
94057885      +E-mail/Text: electronicbkydocs@nelnet.net Jun 01 2017 00:07:14      Dept Of Ed/582/nelnet,
                121 S 13th St,    Lincoln, NE 68508-1904
94057891      +EDI: BLUESTEM May 31 2017 23:58:00      Fingerhut,    6250 Ridgewood Rd,
                St Cloud, MN 56303-0820
94057889      +EDI: BLUESTEM May 31 2017 23:58:00      Fingerhut,    6250 Ridgewood Rd,
                Saint Cloud, MN 56303-0820
94057893      +EDI: FLDEPREV.COM May 31 2017 23:58:00      Florida Department Of Revenue,    5050 W Tennessee St,
                Tallahassee, FL 32399-0100
94057896      +EDI: HFC.COM May 31 2017 23:58:00      Hsbc Bank Usa, Na,    Po Box 5253,
                Carol Stream, IL 60197-5253
94057898      +EDI: HFC.COM May 31 2017 23:58:00      Hsbc Bank Usa, Na,    Po Box 2013,
                Buffalo, NY 14240-2013
94057884       EDI: IRS.COM May 31 2017 23:58:00      Department of the Treasury,    Po Box  21126,
                Philadelphia, PA 19114
```

```
District/off: 113C-1          User: catalan                Page 2 of 3                  Date Rcvd: May 31, 2017
                              Form ID: 309A                Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
94057904       +E-mail/Text: bnc@nordstrom.com Jun 01 2017 00:06:36      Nordstrom Fsb,    13531 E Caley Ave,
                 Englewood, CO 80111-6505
94057905       +E-mail/Text: bnc@nordstrom.com Jun 01 2017 00:06:36      Nordstrom Fsb,    Correspondence,
                 Po Box 6555,    Englewood, CO 80155-6555
94057906       +Fax: 407-737-5634 Jun 01 2017 01:20:28      Ocwen Loan Servicing, Llc,    1661 Worthington Rd,
                 West Palm Beach, FL 33409-6493
94057907       +Fax: 407-737-5634 Jun 01 2017 01:20:28      Ocwen Loan Servicing, Llc,
                 Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
94057912       +EDI: RMSC.COM May 31 2017 23:58:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
94057911       +EDI: RMSC.COM May 31 2017 23:58:00      Synchrony Bank/ JC Penneys,    Po Box 965007,
                 Orlando, FL 32896-5007
94057914       +EDI: RMSC.COM May 31 2017 23:58:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
94057913       +EDI: RMSC.COM May 31 2017 23:58:00      Synchrony Bank/ Old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
94057919       +EDI: RMSC.COM May 31 2017 23:58:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
94057917       +EDI: RMSC.COM May 31 2017 23:58:00      Synchrony Bank/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
94057924       +EDI: WFFC.COM May 31 2017 23:58:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
94057923       +EDI: WFFC.COM May 31 2017 23:58:00      Wells Fargo Dealer Services,    Po Box 1697,
                 Winterville, NC 28590-1697
                                                                                                TOTAL: 39

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
94057863*      +Ally Financial,    Po Box 380901,    Bloomington, MN 55438-0901
94057861*      +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
94057872*      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
94057873*      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
94057868*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
94057869*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
94057870*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
94057890*      +Fingerhut,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
94057897*      +Hsbc Bank Usa, Na,    Po Box 5253,    Carol Stream, IL 60197-5253
94057899*      +Hsbc Bank Usa, Na,    Po Box 2013,    Buffalo, NY 14240-2013
94057900*      +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
94057916*      +Synchrony Bank/Old Navy,    Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
94057915*      +Synchrony Bank/Old Navy,    Po Box 965005,    Orlando, FL 32896-5005
94057920*      +Synchrony Bank/Walmart,    Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
94057918*      +Synchrony Bank/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
94057909      ##+Saxon Mortgage Service,    4708 Mercantile Dr N,    Fort Worth, TX 76137-3605
                                                                                                TOTALS: 0, * 15, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
              Marcia T Dunn     mdunn@dunnlawpa.com,
               mdunn@ecf.epiqsystems.com;acastro@dunnlawpa.com;nlebron@dunnlawpa.com;rbasnueva@dunnlawpa.com;sle
               bron@dunnlawpa.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
```

```
District/off: 113C-1          User: catalan              Page 3 of 3                   Date Rcvd: May 31, 2017
                              Form ID: 309A              Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Timothy S Kingcade, Esq    on behalf of Debtor Ruddy  Hernandez scanner@miamibankruptcy.com, kingcadeserve@bellsouth.net;r46540@notify.bestcase.com

                                                                  TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Ruddy Hernandez** | Social Security number or ITIN | **xxx–xx–5347** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of Florida | Date case filed for chapter  **7**  **5/26/17** | |
| Case number: | 17–16628–AJC | | |

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See box 9)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice. To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

<u>**WARNING TO DEBTOR:**</u> WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE–BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Ruddy Hernandez | |
| 2. | **All Other Names Used in the Last 8 Years** | aka Ruddy E Hernandez | |
| 3. | **Address** | 421 NW 34 Avenue<br>Miami, FL 33125–4032 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and Address | Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145 | Contact Phone (305) 285–9100 |
| 5. | **Bankruptcy Trustee**<br>Name and Address | Marcia T Dunn<br>555 NE 15 St, Ste 934–A<br>Miami, FL 33132 | Contact Phone 786–433–3866 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | US Bankruptcy Court<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (305) 714–1800 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at www.pacer.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** The clerk's office is closed on all legal holidays.<br><br>Clerk of Court: **Joseph Falzone**<br>Dated: **5/31/17** |

**For more information, see page 2 >**

Local Form 309A USBC SDFL (Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline** (01/05/2017)   page 1

| 7. ** MEETING OF CREDITORS ** | **June 28, 2017** at **03:00 PM** | **LOCATION:** |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present with required original government–issued photo identification and proof of social security number (or if applicable, Tax ID). Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Claude Pepper Federal Bldg, 51 SW First Ave Room 102, Miami, FL 33130** |
| **8. Presumption of Abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9. Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing Deadline:** 8/28/17 |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient.<br><br>A discharge of debtor will not be issued until the Official Bankruptcy Form "Certification About a Financial Management Course" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). | **You must file a complaint:**<br>   if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>   if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion** if you assert that<br>   the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. **The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions.** | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |
| **10. Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. | |
| **11. Proof of Claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. If this case is converted from chapter 13, under Local Rules 1019–1(E) and 3002–1(A) it has been designated as a no asset case at this time. | |
| **12. Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **13. Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website ebn.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| **14. Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |